IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MIRANDA DROLET,<br><br>Defendant. | No. 2:23-CV-0302-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 16, 2023, the Court directed Plaintiff to file a first amended complaint within 30 days. See ECF No. 16. As of October 11, 2023, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution. See ECF No. 17. On October 18, 2023, Plaintiff filed a notice in response to the Court's findings and recommendations indicating that he never received the Court's August 16, 2023, order. See ECF No. 18. Good cause appearing therefor, the Court will vacate the October 18, 2023, findings and recommendations, direct re-service of the August 16, 2023, order, and grant Plaintiff an extension of time to file a first amended complaint as directed.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court's October 11, 2023, findings and recommendations are VACATED.

2. The Clerk of the Court is directed to re-serve the Court's August 16, 2023, order on Plaintiff.

3. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  December 4, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE